IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. ENCRAPERA and CYNTHIA A. SEGRIFF, <br><br> Plaintiffs, <br><br> v. <br><br> NESBY, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) No. 2:25-cv-772 <br> ) <br> ) <br> ) <br> ) District Judge Robert J. Colville <br> ) <br> ) Magistrate Judge Patricia L. Dodge <br> ) <br> ) <br> ) <br> ) |

## ORDER OF COURT

Currently pending before the Court is the Report and Recommendation (ECF No. 19) filed by the Honorable Patricia L. Dodge in the above-captioned matter. Judge Dodge's June 17, 2025 Report and Recommendation recommends that the Court dismiss Plaintiffs' operative[1] Complaint (ECF No. 6) due to Plaintiffs' failure to establish subject matter jurisdiction. Objections to the Report and Recommendation were due by July 7, 2025. Along with several other filings, Plaintiffs submitted timely Objections (ECF No. 31) to the Report and Recommendation on June 23, 2025.

"The Federal Magistrates Act provides two separate standards of judicial review of orders on matters referred to magistrate judges." *Alarmax Distributors, Inc. v. Honeywell Int'l Inc.*, No. 2:14-cv-1527, 2015 WL 12756857, at *1 (W.D. Pa. Nov. 24, 2015) (citing 28 U.S.C. § 636(b)(1)). A district court reviews objections to a magistrate judge's decision on non-dispositive matters to determine whether any part of the order is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). "This standard requires the District Court to review findings

---

[1] *See* ECF Nos. 18; 24.

1

of fact for clear error and to review matters of law de novo." *Equal Employment Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (citing *Haines v. Liggett Grp. Inc.*, 975 F.2d 81, 91 (3d Cir. 1992)).  A district court may only modify or set aside those parts of the order on non-dispositive matters that it finds to be clearly erroneous or contrary to law.  *Id*.  "A finding is 'clearly erroneous' when, 'although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'"  *Pennsylvania, Dep't of Envtl. Prot. v. Allegheny Energy, Inc.*, No. 2:05-cv-885, 2007 WL 2253554, at *1 (W.D. Pa. Aug. 3, 2007) (quoting *Anderson v. City of Bessemer*, 470 U.S. 564, 573 (1985)).  "A magistrate judge's order is contrary to law 'when the magistrate judge has misinterpreted or misapplied the applicable law.'"  *Brandon v. Burkhart*, No. 1:16-cv-177, 2020 WL 85494, at *2 (W.D. Pa. Jan. 7, 2020) (quoting *Doe v. Hartford Life & Accident Ins. Co.*, 237 F.R.D. 545, 548 (D.N.J. 2006)).

Objections to a magistrate judge's disposition of a dispositive matter are subject to de novo review before the district judge.  28 U.S.C. § 636(b)(1)(B)-(C); Fed. R. Civ. P. 72(b)(3).  The reviewing district court must make a de novo determination of those portions of the magistrate judge's report and recommendation to which objections are made.  *Id.*  Following de novo review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  Fed. R. Civ. P. 72(b)(3).  The United States Court of Appeals for the Third Circuit has explained that, "even absent objections to the report and recommendation, a district court should 'afford some level of review to dispositive legal issues raised by the report,'" and has "described this level of review as 'reasoned consideration.'"  *Equal Employment Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987)).

Upon consideration of Judge Dodge's Report and Recommendation, Plaintiffs' Objections to the Report and Recommendation, and following review of all relevant docket entries, it is hereby ORDERED as follows:

The Court agrees with the well-reasoned analysis set forth in Judge Dodge's Report and Recommendation, and the Court accepts and adopts Judge Dodge's Report and Recommendation in its entirety as the opinion of the Court with respect to Plaintiffs' Complaint. Plaintiffs' Objections are overruled. It is hereby further ORDERED that Plaintiffs' Complaint is dismissed based upon a lack of subject matter jurisdiction. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:

/s/*Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: January 22, 2026

cc:

All counsel of record

Michael A. Encrapera
Cynthia A. Segriff
2900 Churchview Avenue
Pittsburgh, PA 15227